UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHNNY LEE RICHMOND,

        Plaintiff,

v.                                                                Case No. 17-cv-988-pp

FEDERAL RESERVE SYSTEM,

        Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) AND DISMISSING CASE FOR FAILURE TO STATE A CLAIM**

On July 18, 2017, plaintiff Johnny Lee Richmond filed a complaint against the Federal Reserve System, along with a motion for leave to proceed without prepaying the filing fee. Dkt. No. 1. Although the plaintiff consented to magistrate judge jurisdiction, the defendant has not been served and has not had the opportunity to consent. Dkt. No. 2. As a result, Magistrate Judge Joseph screened the complaint, and prepared a report and recommendation that this court dismiss the complaint for failure to state a claim upon which the court could grant relief. Dkt. No. 4. The report and recommendation, which Judge Joseph entered on July 27, 2017, advised the plaintiff that he must file any objection within fourteen days of service. The plaintiff has not filed an objection.

After reviewing a magistrate judge's report and recommendation, a district court judge may accept, reject or modify, in whole or in part, the

findings or recommendations the magistrate judge made in the report. Fed. R. Civ. P. 72(b). If a party objects to any part of the report, the district court must review those parts of the report *de novo* (in the first instance, without giving deference to the magistrate judge's findings). Id. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Systems Corp., 170 F.3d 734, 739 (7th Cir.1999).

As the court indicated, it has not received any objection from the defendant. The court has reviewed Judge Joseph's report, and finds that neither her report nor her recommendation are clearly erroneous. The plaintiff's allegations that the currency system treats him as slave labor fail to state a claim, and the court cannot grant the relief requested (the removal of all federal courts).

The court **ADOPTS** Magistrate Judge Joseph's July 27, 2017 report and recommendation (dkt. no. 4) and **DISMISSES** this case for failure to state a claim upon which relief can be granted. The court **DENIES AS MOOT** plaintiff's motion for leave to proceed without prepayment of the filing fee. Dkt. No. 2.

Dated in Milwaukee, Wisconsin this 15th day of August, 2017.

                                                **BY THE COURT:**

                                                **HON. PAMELA PEPPER**
                                                **United States District Judge**